IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| Droplets, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:12-cv-391 |
| vs. | § | |
| | § | |
| Target Corporation, | § | JURY TRIAL |
| Target Brands, Inc., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Droplets, Inc. ("Droplets") and Defendants Target Corporation and Target Brands, Inc. (collectively, "Target") have settled Droplets' claims for relief against Target asserted in this case.

NOW, THEREFORE, Droplets and Target, through their attorneys of record, request this Court to dismiss Droplets' claims for relief against Target, with prejudice and with all attorney's fees, costs of court and expenses borne by the party incurring same.

DATED:  January 25, 2013.                                Respectfully submitted,

                                                       **MCKOOL SMITH, P.C.**
/s/  Theodore Stevenson, III
Theodore Stevenson, III
LEAD ATTORNEY
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Tel: (214) 978-4974
Fax: (214) 978-4044

Sam F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston St., Ste. 300
P.O. Box O
Marshall, Texas 75670
Tel: (903) 923-9000
Fax: (903) 923-9095

Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
James E. Quigley
Texas State Bar No. 24075810
jquigley@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Tel: (512) 692-8700
Fax: (512) 692-8744

Brandon M. Jordan
Virginia State Bar No. 75054
bjordan@mckoolsmith.com
MCKOOL SMITH, P.C.
1999 K Street, N.W., Suite 600
Washington, DC  20006
Tel: (202) 370-8387
Fax: (202) 370-8344

James A. Holmes
Texas State Bar No.  00784290
The Law Office of James Holmes, P.C.
212 South Marshall
Henderson, TX 75654
903.657.2800
903.657.2855 (facsimile)
jh@jamesholmeslaw.com

**ATTORNEYS FOR PLAINTIFF
DROPLETS, INC.**


*/s/ E. Danielle T. Williams*
E. Danielle T. Williams (NC Bar No. 23283)
1001 W. Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
Email: dtwilliams@kilpatricktownsend.com

William H. Boice (GA Bar No. 065725)
Russell A. Korn (GA Bar No. 428492)
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: wboice@kilpatricktownsend.com
Email: rkorn@kilpatricktownsend.com

Robert J. Artuz (CA Bar No. 227789)
1080 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 362-2400
Facsimile: (650) 362-2422
Emaill: rartuz@kilpatricktownsend.com
Jessica L. Hannah (CA Bar No. 261802)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: jhannah@kilpatricktownsend.com

Jennifer H. Doan
Texas Bar No. 08809050

Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com

**ATTORNEYS FOR TARGET CORPORATION AND TARGET BRANDS, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on January 25, 2013.  Local Rule CV-5(a)(3)(A).

                                                /s/ *Josh W. Budwin*